JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV19-01345-RGK (GJSx) | Date | April 10, 2019 |
|---|---|---|---|
| Title | ***SILVIA ROSANA MARTINEZ v. WELLS FARGO HOME MORTGAGE, et al.*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

On January 22, 2019, Silvia Rosana Martinez ("Plaintiff") filed an action against Wells Fargo Home Mortgage, et al ("Defendants") alleging state statutory and common law claims relating to the foreclosure of real property.

On February 22, 2019, Defendants removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendants' Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Removal jurisdiction is governed by statute. *See* 28 U.S.C. §§ 1441, et seq. The Ninth Circuit has held unequivocally that the removal statute is construed strictly against removal. *Ethridge v. Harbor House Rest.*, 861 F.2d 1389, 1393 (9th Cir. 1988). The strong presumption against removal jurisdiction means that "the defendant always has the burden of establishing that removal is proper." *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992) (citing *Nishimoto v. Federman-Bachrach & Assocs.*, 903 F.2d 709, 712 n.3 (9th Cir. 1990)); *see also In re Ford Motor Co./Citibank (South Dakota), N.A.*, 264 F.3d 952, 957 (9th Cir. 2001) ("The party asserting federal jurisdiction bears the burden of proving the case is properly in federal court.").

Defendants state that, although Defendant Brooks America Mortgage Corp. is a California citizen, it has been fraudulently joined, and should not be considered for purposes of determining diversity jurisdiction. However, based on the face of the Complaint, it is not clear that Brooks America Mortgage Corp. was fraudulent joined. Nor have Defendants met their burden of establishing fraudulent joinder. Therefore, the Court finds that the presence in this action of Brooks America Mortgage Corp., who is undisputedly a California citizen, defeats diversity jurisdiction.

For the foregoing reason, the above-entitled case is ordered **REMANDED** to state court for all further proceedings for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**


CV-90 (10/08)      CIVIL MINUTES - GENERAL      Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19-01345-RGK (GJSx) | Date | April 10, 2019 |
|---|---|---|---|
| Title | ***SILVIA ROSANA MARTINEZ v. WELLS FARGO HOME MORTGAGE, et al.*** | | |

|  | : |
|---|---|
| Initials of Preparer | VRV |